COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                        NO.
2-05-426-CV

 

KENNETH HARGIS, VENTURE                                             APPELLANTS

ENCODING SERVICE, LTD.,

VENTURE ENCODING SERVICE 

GP, LLC, AND HARGIS &
HARGIS 

PARTNERSHIP                                   

 

V.

                                                     

CAROLYN
ANN HARGIS AND                                                 APPELLEES

JEFFREY
JOHN HARGIS                                                                        

                                               ----------

           FROM THE 324TH
DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------

We have considered appellants= AMotion To
Dismiss.@  It is the court's opinion that
the motion should be granted; therefore, we dismiss the appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).  

Appellants shall pay all costs of this appeal, for which let execution
issue.  See Tex. R. App. P. 42.1(d). 

PER
CURIAM       

 

PANEL D: LIVINGSTON,
DAUPHINOT, and HOLMAN, JJ.

 








DELIVERED: December 29, 2005    











[1]See Tex. R. App. P. 47.4.